1

2

3

4

5

6

7

8 **IN THE UNITED STATES DISTRICT COURT**

9 **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11 WILLIAM CRAIG PURCARO,                    No. CIV S-07-2325-FCD-CMK-P

12              Petitioner,

13        vs.                                 ORDER

14 STATE OF CALIFORNIA
   ATTORNEY GENERAL,
15
               Respondent.
16
   _____/
17

18        Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of

19 habeas corpus pursuant to 28 U.S.C. § 2254.  Pending before the court is petitioner's petition for

20 a writ of habeas corpus (Doc. 1), filed on October 30, 2007.  "A petitioner for habeas corpus

21 relief must name the state officer having custody of him or her as the respondent to the petition."

22 Stanley v. California Supreme Court, 21 F.3d 359, 360 (9th Cir. 1994); see also Rule 2(a),

23 Federal Rules Governing Section 2254 Cases.  Here, petitioner states that he is incarcerated at the

24 California Medical Facility, but does not name the prison warden.  Because petitioner has not

25 named the appropriate state officer, the petition must be dismissed with leave to amend to name

26 the correct respondent.  See Stanley, 21 F.3d at 360.

1

1        In addition, petitioner has not filed an application to proceed in forma pauperis or

2    paid the required filing fee.  See 28 U.S.C. §§ 1914(a), 1915(a).  Petitioner will be provided the

3    opportunity to submit either a completed application to proceed in forma pauperis or the

4    appropriate filing fee.

5        Petitioner is warned that failure to comply with this order may result in the

6    dismissal of this action.  See Local Rule 11-110.

7        Accordingly, IT IS HEREBY ORDERED that:

8        1.      Petitioner's petition for writ of habeas corpus is dismissed with leave to

9    amend;

10        2.      Petitioner shall file an amended petition on the form employed by this

11    court, and which names the proper respondent and states all claims and requests for relief, within

12    30 days of the date of this order;

13        3.      Petitioner shall submit on the form provided by the Clerk of the Court,

14    within 30 days from the date of this order, a complete application for leave to proceed in forma

15    pauperis, or the appropriate filing fee; and

16        4.      The Clerk of the Court is directed to send petitioner the court's form

17    habeas corpus application and a form Application to Proceed In Forma Pauperis By a Prisoner.

18

19
     DATED:  November 2, 2007

20
                                        _____
21                                       **CRAIG M. KELLISON**
                                         UNITED STATES MAGISTRATE JUDGE
22

23

24

25

26