IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM CRAIG PURCARO, | No. CIV S-07-2325-FCD-CMK-P |
| Petitioner, | |
| vs. | <u>ORDER</u> |
| SUSAN L. HUBBARD,[1] | |
| Respondent. | |
| _____/ | |

Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pending before the court is petitioner's request for leave to proceed in forma pauperis (Doc. 5). Petitioner's petition will be addressed separately.

Petitioner has submitted the affidavit required by 28 U.S.C. § 1915(a) showing that petitioner is unable to prepay fees and costs or give security therefor.

/ / /

/ / /

/ / /

---

[1] The Clerk of the Court is directed to update the docket to reflect that Susan L. Hubbard is the only respondent named in the amended petition.

1

1  Accordingly, IT IS HEREBY ORDERED that petitioner's motion for leave to
2  proceed in forma pauperis is granted.

4  DATED: December 14, 2007

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE