IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **WILLIAM CRAIG PURCARO,** | CIV S-07-2325-FCD-CMK-P |
| Petitioner, | **ORDER** |
| v. | |
| **SUSAN L. HUBBARD,** | |
| Respondent. | |

IT IS HEREBY ORDERED that the time for filing respondent's responsive pleading is extended through and including February 12, 2008.

DATED: January 16, 2008

*Craig M. Kellison*
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

[Proposed] Order

1