IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM CRAIG PURCARO, | No. CIV S-07-2325-FCD-CMK-P |
| Petitioner, | |
| vs. | ORDER |
| SUSAN L. HUBBARD,[1] | |
| Respondent. | |
| _____/ | |

      Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pending before the court is petitioner's request for appointment of counsel (Doc. 15), filed on February 7, 2008. There currently exists no absolute right to appointment of counsel in habeas proceedings. See Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996). However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." See Rule 8(c), Fed. R. Governing § 2254 Cases. In the present case, the court does not find that the interests of justice would be served by the appointment of counsel at the present time.

---

[1] The Clerk of the Court is directed to update the docket to reflect that Susan L. Hubbard is the only respondent named in the amended petition.

Petitioner also asks that an "order to show cause" be issued. Petitioner asserts that respondent has not responded to the petition in a timely manner. He is incorrect. On January 17, 2008, the court extended the time to respond to February 18, 2008. On January 30, 2008, respondent filed a timely response in the form of a motion to dismiss. Therefore, the court declines to issue an order to show cause.

Accordingly, IT IS HEREBY ORDERED that petitioner's motion for appointment of counsel (Doc. 15) is denied.

DATED: February 14, 2008

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE