IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM CRAIG PURCARO,            No. CIV S-07-2325-FCD-CMK-P

    Petitioner,

  vs.                              ORDER

SUSAN L. HUBBARD,[1]

    Respondent.

                         /

        Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

        On March 27, 2008, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within a specified time.  No objections to the findings and recommendations have been filed.

/ / /

---

[1] The Clerk of the Court is directed to update the docket to reflect that Susan L. Hubbard is the only respondent named in the amended petition.

1

1  The court has reviewed the file and finds the findings and recommendations to be
2  supported by the record and by the magistrate judge's analysis.
3  Accordingly, IT IS HEREBY ORDERED that:
4  1. The findings and recommendations filed March 27, 2008, are adopted in
5  full;
6  2. Respondent's motion to dismiss (Doc. 13) is granted;
7  3. This petition is dismissed without prejudice; and
8  4. The Clerk of the Court is directed to enter judgment of dismissal and close
9  this file.
10 DATED: May 5, 2008.

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE